**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | | |
|---|---|---|
| **JEFFERY BURKHOLDER, SR., MARTIN GROOMS AND SOFIA ROSALES, on behalf of themselves and all other Plaintiffs similarly situated known and unknown** | ) ) ) ) ) ) | |
| **Plaintiffs,** | ) ) | |
| **v.** | ) ) | **CAUSE NO.  1: 08-CV-273** |
| **THE CITY OF FORT WAYNE,** | ) ) | |
| **Defendants.** | ) | |

## OPINION AND ORDER

Contemporaneous with the entry of this Opinion and Order, the undersigned Magistrate Judge is approving an "Agreed Stipulation and Order Concerning Notice" as submitted by counsel for the parties in this collective action case brought under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq*.

The purpose of this Opinion and Order is to merely note that unlike applications for class certification under Rule 23, which are dispositive and thus beyond the non-consensual jurisdiction of magistrate judges, see *Nelson v. Nationwide Mortgage Corp*., 659 F. Supp. 611, 619-20 (D.D.C.1987), Magistrate Judge's do have authority to approve preliminary collective action certifications since these are generally regarded as non-dispositive in nature. see, 28 U.S.C. § 636(b)(1)(A); *Fengler v. Crouse Health Foundation, Inc.*, 2009 WL 211535 at *3, n.4 (N.D. N.Y. Jan. 26, 2009)(compiling cases);  *Poreda v. Boise Cascade, L.L.C.*, 532 F. Supp. 2d 234, 238 (D. Mass. Jan. 22, 2008).

The parties apparently do not challenge the Magistrate Judge's authority to grant such relief. Accordingly, the Agreed Stipulation and Order Concerning Notice has been approved by the Magistrate Judge.

Enter: February 24, 2009.

<u>S/Roger B. Cosbey</u>
Roger B. Cosbey
United States Magistrate Judge