**United States District Court**
**Northern District of Indiana**

| | | |
|---|---|---|
| JERRERY BUKHOLDER, SR., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No.1-08-CV-273 JVB |
| | ) | |
| CITY OF FORT WAYNE. | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

On September 21, 2010, United States Magistrate Judge Roger B. Cosbey filed and

served on the parties a report and recommendation on Plaintiffs' amended motion for attorney

fees and costs (DE 70) and the parties' joint motion to add new plaintiffs, for final class

certification, and for approval of their settlement agreement (DE 71).

In his report and recommendation (DE 77), Judge Cosbey recommended that this Court

grant the motions, and advised the parties that they had fourteen days from the date of service of

his recommended disposition within which to file objections, noting that the failure to file timely

objections would result in waiver of the right to appeal the order.  To date, no objections have

been filed.

Accordingly, this Court adopts Judge Cosbey's recommendations and **GRANTS** the

motions.  Upon the filing of appropriate consent forms, the additional individuals, George

Niklow, Kimerly Seiss, Chad Squires, and Cary Young, will be Opt-In Plaintiffs in the case;

solely for settlement purposes, this action is certified as a collective action under 29 U.S.C. §

216(b); and the parties' settlement agreement is approved (DE 71).  Plaintiffs' attorneys motion

for attorney fees in the sum of $78,000, to be paid pursuant to the terms of the settlement

agreement, is **GRANTED** (DE 70).

SO ORDERED on November 1, 2010.

                                     s/ Joseph S. Van Bokkelen
                                   Joseph S. Van Bokkelen
                                   United States District Judge
                                   Hammond Division